IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:09CR3103** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KELLEY LYNNE EWINGS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 76) and the Plaintiff's motion to continue sentencing (Filing No. 77).

The Defendant's motion will be denied. The Court notes, however, that it intends to apply the new crack cocaine ratio at sentencing. The Court also notes that, assuming the Defendant is doing well on release, self surrender will be considered at the time of sentencing. The Plaintiff's motion will be granted.

IT IS ORDERED:

1. Defendant's motion to continue sentencing (Filing No. 76) is denied;

2. Plaintiff's motion to continue sentencing (Filing No. 77) is granted; and

3. Counsel are directed to contact Ed Champion, (402) 661-7377, to reschedule the sentencing hearing.

DATED this 17th day of March, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge