IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:09CR3103 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KELLEY LYNNE EWINGS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to continue the deadline within which to file a notice of appeal by 30 days (Filing No. 88). The Court concludes that the Defendant has shown good cause for a continuance. Fed. R. App. P. 4(b)(4). However, the continuance will be granted for 14 days.

IT IS ORDERED:

1. The Defendant's motion to continue the deadline within which to file a notice of appeal (Filing No. 88) is granted insofar as the continuance will be granted for an additional 14 days plus 3 days for mailing; and

2. The Defendant must file any notice of appeal on or before May 13, 2010.

DATED this 26th day of April, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge