IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KELLY LYNNE EWINGS,<br><br>　　　　　Defendant. | **4:09CR3103**<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at her revocation hearing scheduled for June 7, 2018 at 11:00 a.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

March 7, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　United States Magistrate Judge