IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:09CR3103 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KELLEY LYNNE EWINGS, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 147) is granted.

2. Defendant Kelley Lynne Ewings' violation of supervised release hearing is continued to December 7, 2018, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 25th day of October, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge